**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**BMF V GA DUNWOODY VILLAGE; BRIDGE PROPERTY MANAGEMENT,**

**Plaintiffs,**

**v.**

**JOANNA ALLEN and all other occupants,**

**Defendants.**

**CIVIL ACTION FILE**

**NO. 1:23-CV-1402-MHC-JEM**

# ORDER

Defendant Joanna Allen, proceeding pro se, is seeking to remove a dispossessory action from the Magistrate Court of DeKalb County, Georgia, which is before the Court on the Final Report and Recommendation of the Magistrate Judge ("R&R") [Doc. 3] recommending that this case be remanded to the Magistrate Court of DeKalb County based upon the absence of federal subject matter jurisdiction. The Order for Service of the R&R [Doc. 4] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. On January 17, 2023, Defendant filed a motion for extension of time to file objections to the R&R

[Doc. 5]. This Court granted the motion and gave Defendant until February 1, 2023 to file her objections [Doc. 6]. Despite granting Defendant the additional time to file her objections, none have been filed within the permitted time period.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no plain error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 3] as the Opinion and Order of the Court. The action is **REMANDED** to the Magistrate Court of DeKalb County, Georgia.

**IT IS SO ORDERED** this 28th day of April, 2023.

Mark H. Cohen

MARK H. COHEN
United States District Judge